UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA L. BLAIS,
    Plaintiff,

Case No.  1:15-cv-0450

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:    April 13, 2016        /s/ PAUL L. MALONEY
                                                                  PAUL L. MALONEY
                                                                    UNITED STATES DISTRICT JUDGE